UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLOZIK HOLDINGS LLC,

    Plaintiff,

v.                        Case No.:  2:24-cv-963-SPC-NPM

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

    Defendant.

## ORDER

This matter comes before the Court on *sua sponte* review of the file. On October 17, 2025, Defendant Westchester Surplus Lines Insurance Company filed its Motion for Summary Judgment. (Doc. 36). Plaintiff Glozik Holdings LLC did not file a response in opposition to the motion or request an extension of time to do so. So on November 12, 2025, the Court issued an Order to Show Cause to respond by November 19, 2025, warning Plaintiff that under Local Rule 3.01(d), "[i]f a party fails to timely respond, the motion is subject to treatment as unopposed." (Doc. 40). The Court observed that "it does not appear Plaintiff is diligently prosecuting this action or opposing adverse judgment" and cautioned Plaintiff that "[f]ailure to comply with this Order may result in the dismissal of this action without further notice." (*Id.* (citing M.D.

Fla. L.R. 3.10). Nonetheless, Plaintiff failed to respond to the Order to Show Cause or request an extension of time to do so.

Dismissal without prejudice for failure to prosecute is not an adjudication on the merits; and, therefore, courts are afforded discretion in dismissing claims in this manner. *See, e.g.*, *Roderick v. Hartford Ins. Co. of the Midwest*, No. 2:23-CV-1169-SPC-NPM, 2025 WL 42973, at *2 (M.D. Fla. Jan. 7, 2025) (citing *Taylor v. Spaziano*, 251 F. App'x 616, 619 (11th Cir. 2007)).

Accordingly, this action is **dismissed without prejudice** for failure to prosecute. *See* M.D. Fla. 3.10. The Clerk is **directed** to terminate any pending deadlines, deny all pending motions as moot, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 20, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record