UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLOZIK HOLDINGS LLC,

    Plaintiff,                                CASE NO.: 2:24-cv-00963-SPC-NPM

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT TAXING COSTS AND INTEREST**

**COMES NOW**, Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Westchester" or "Defendant"), by and through undersigned counsel and respectfully moves this Court for an entry of a Final Judgment taxing costs against Plaintiff, GLOZIK HOLDINGS LLC, in the amount of $3,923.65, in accordance with the Clerk's entry of Bill of Costs [D.E. 53], as well as interest calculated at the statutory rate set forth in 28 U.S.C. 1961 to which execution shall lie.

                                      Respectfully submitted,

                                      **CLAUSEN MILLER P.C.**

                By:    */s/ Irene Thaler*
                      IRENE THALER, ESQ., FBN: 88288
                      401 East Jackson Street, Suite 3300
                      Tampa, Florida 33602
                      Phone: (813) 519-1027

ithaler@clausen.com
rgomez@clausen.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court via CM/ECF on this 9th day of February, 2026. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Stuart B. Yanofsky, Esq.
MOISES | GROSS, PLLC
Service@moisesgross.com
syanofsky@moisesgross.com
Hcamejo@moisesgross.com

**CLAUSEN MILLER P.C.**

By: */s/ Irene Thaler*
IRENE THALER, ESQ.
FBN: 88288

12632500.1